**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | JC Air Academy, Inc | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-8385154 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>7233 C. E. Dixon Street<br>Stockton, CA 95206<br>Number, Street, City, State & ZIP Code<br><br>San Joaquin<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.jcairacademy.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8299**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **JC Air Academy, Inc** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor **Seung Chan Kwon** Relationship **Debtor's owner**

District **Sacramento** When Case number, if known **N/A**

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor JC Air Academy, Inc
Name

Case number (if known)

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2026
MM / DD / YYYY

X
Signature of authorized representative of debtor

Seung Chan Kwon
Printed name

Title CEO

**18. Signature of attorney**

X
Signature of attorney for debtor

Date August 25, 2026
MM / DD / YYYY

Andrew S. Cho 180704
Printed name

Law Offices of Andrew S. Cho
Firm name

505 N. Euclid Street, Suite 280
Anaheim, CA 92801
Number, Street, City, State & ZIP Code

Contact phone 714-881-0009 Email address andrew@ascholaw.com

180704 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name **JC Air Academy, Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 25, 2026** X

Signature of individual signing on behalf of debtor

**Seung Chan Kwon**
Printed name

**CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | JC Air Academy, Inc |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One<br>P.O. Box<br>City of Industry, CA 91716 | N/A<br>800-867-0904 | Corporate Credit Card | Disputed | | | $19,212.32 |
| Good Flight Aviation LLC<br>4865 Hildreth Lane<br>Stockton, CA 95212 | Jae Kim<br><br>JBKDVM@gmail.com<br>209-931-9091 | Business Vendor | Disputed | | | $226,950.00 |
| Innout Aero LLC<br>5528 Quashnick Road<br>Stockton, CA 95212 | Schyler Kwon<br><br>SchylerKwon@gmail.com<br>209-915-0524 | Business Vendor | Disputed | | | $102,800.00 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101 | N/A<br>209-468-2133 | Payroll Tax | Disputed | | | $105,506.76 |
| Jung Eun Lee<br>5528 Quashnick Road<br>Stockton, CA 95212 | jungkown11@hotmail.com<br>209-390-7403 | Business Loan | | | | $11,232.34 |
| Jung Eun Lee<br>5528 Quashnick Road<br>Stockton, CA 95212 | jungkwon11@hotmail.com<br>209-390-7403 | Wages earned within 180 days | | | | $8,253.40 |
| Jung Eun Lee<br>5528 Quashnick Road<br>Stockton, CA 95212 | jungkown11@hotmail.com<br>209-390-7403 | Unpaid wages | | | | $6,602.70 |
| Martin Joseph Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212 | MARTIN727810@gmail.com<br>209-938-7226 | Wages earned within 180 days | | | | $3,394.80 |

Debtor JC Air Academy, Inc Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| San Joaquin County<br>44 North San Joaquin St., Suite 150<br>Stockton, CA 95202 | tax@sjgov.org<br>209-468-2133 | Aircraft Property Tax | Disputed | | | $23,314.47 |
| Schyler Joseph Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212 | schylerkwon@gmail.com<br>209-915-0524 | Wages earned within 180 days | | | | $12,510.40 |
| Schyler Joseph Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212 | schylerkwon@gmail.com<br>209-915-0524 | Unpaid wages | | | | $62,099.30 |
| Seung Chan Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212 | ceo@jcairacademy.com<br>209--346-2323 | Business Loan | | | | $278,606.20 |
| Seung Chan Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212 | ceo@jcairacademy.com<br>209-346-2323 | Unpaid wages | | | | $211,608.00 |
| Seung Chan Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212 | ceo@jcairacademy.com<br>209-346-2323 | Wages earned within 180 days | | | | $46,553.80 |
| Suresh Sarup<br>3610 Soniview Street<br>Hayward, CA 94542 | PSHEMANT@SBCGLOBAL.NET<br>916-761-2091 | Business Loan | Disputed | | | $125,000.00 |
| US Small Business Administration<br>6501 Sylvan Rd., Suite 100<br>Citrus Heights, CA 95610 | cesc@sba.gov<br>415-744-6820 | 7233 C.E. Dixon Street Street, Stockton, CA 95206<br>Office Building; APN 177-260-27 | | $537,303.45 | $1,570,000.00 | $500,005.00 |
| Wells Fargo<br>P.O. Box 77033<br>Minneapolis, MN 55480 | N/A<br>800-225-5935 | Business Credit Card | Disputed | | | $8,094.02 |

**Fill in this information to identify the case:**

Debtor name JC Air Academy, Inc

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 1,570,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 385,856.32 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 1,955,856.32 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 4,840,916.23 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 199,533.63 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ 1,052,204.88 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 6,092,654.74 |

**Fill in this information to identify the case:**

Debtor name **JC Air Academy, Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BMO Acct -5494<br>P.O. Box 94033, Palatine, IL 60094 | Checking | 5494 | $1,422.79 |
| 3.2. | BMO Acct -2941<br>P.O. Box 94033, Palatine, IL 60094 | Savings | 2941 | $554.03 |
| 3.3. | Bank of America Acct -3246<br>P.O. Box 15284, Wilmingtone, DE 19850 | Checking | 3246 | $1,349.50 |
| 3.4. | Wells Fargo Bank Acct -6978<br>P.O. Box 6995, Portland, OR 97228 | Checking | 6978 | $1,140.40 |
| 3.5. | Wells Fargo Bank Acct -4302<br>P.O. Box 6995, Portland, OR 97228 | Savings | 4302 | $495.00 |
| 3.6. | Bank of America CD Acct -2324<br>P.O. Box 15284, Wilmingtone, DE 19850 | CD | 2324 | $1,511.52 |

4. **Other cash equivalents** *(Identify all)*

Debtor **JC Air Academy, Inc** Case number *(If known)* ____________
Name

5. **Total of Part 1.** **$6,473.24**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Attorney's fee deposited to attorney-client trust account** **$1,800.00**

9. **Total of Part 2.** **$1,800.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **53,267.00** | - | **0.00** | = .... | **$53,267.00** |
| 11b. Over 90 days old: | **137,066.08** | - | **0.00** | =.... | **$137,066.08** |

12. **Total of Part 3.** **$190,333.08**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**45 desks, 45 chairs & 1 conference table** | **$0.00** | | **$1,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**7 PC computers, 7 printers** | **$0.00** | | **$700.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$2,200.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2018 Acura MDX** | **$0.00** | **Comparable sale** | **$10,050.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Debtor JC Air Academy, Inc Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| 49.1. | 1978 Cessna Piper Seneca 172 Series airplane. Model N6301E | $0.00 | Comparable sale | $40,000.00 |
| 49.2. | 1977 Piper Seneca II airplane. Model N123AP | $0.00 | | $35,000.00 |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Fuel Tank | $0.00 | Recent cost | $100,000.00 |

51. **Total of Part 8.** **$185,050.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 7233 C.E. Dixon Street Street, Stockton, CA 95206 Office Building; APN 177-260-27 | Fee simple | $0.00 | Expert | $1,570,000.00 |

Debtor **JC Air Academy, Inc** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **1950 E. Sikorsky St., Stockton, CA 95206 Aircraft Maintenance Hangar leased from Stockton Airport. JC Air Academy invested approximately $1.5 million of SBA loan proceeds into remodeling and improving this facility. In connection with that investment and arrangement, JC Air Academy has the right to use the facility for approximately 49 years at a relatively low rental rate.** | **Commercial Lease** | **$0.00** | **N/A** | **$0.00** |

56. **Total of Part 9.** **$1,570,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | **FAA 141 approved pilot school. Unmarketable** | **$0.00** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**

Add lines 60 through 65. Copy the total to line 89.

Debtor **JC Air Academy, Inc** Case number *(If known)* ______
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **JC Air Academy, Inc** Case number *(If known)*
Name

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$6,473.24** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,800.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$190,333.08** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,200.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$185,050.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.....> | | **$1,570,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$385,856.32** | + 91b. **$1,570,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,955,856.32** |

**Fill in this information to identify the case:**

Debtor name JC Air Academy, Inc

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Byline Bank**
Creditor's Name

P.O. Box 7968
Carol Stream, IL 60197
Creditor's mailing address

jskelton@bylinebank.com
Creditor's email address, if known

**Date debt was incurred**
March 16, 2019

**Last 4 digits of account number**
1112

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Byline Bank
2. Byline Bank
3. Byline Bank
4. US Small Business Administration

**Describe debtor's property that is subject to a lien**
7233 C.E. Dixon Street Street, Stockton, CA 95206
Office Building; APN 177-260-27

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,146,054.43 — Column B: $1,570,000.00

**2.2 Byline Bank**
Creditor's Name

P.O. Box 7968
Carol Stream, IL 60197
Creditor's mailing address

jskelton@bylinebank.com
Creditor's email address, if known

**Date debt was incurred**
October 17, 2019

**Describe debtor's property that is subject to a lien**
7233 C.E. Dixon Street Street, Stockton, CA 95206
Office Building; APN 177-260-27

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: $1,040,486.41 — Column B: $1,570,000.00

Debtor **JC Air Academy, Inc** Case number (if known)
Name

**Last 4 digits of account number**
7386
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Byline Bank**
Creditor's Name

P.O. Box 7968
Carol Stream, IL 60197
Creditor's mailing address

jskelton@bylinebank.com
Creditor's email address, if known

**Date debt was incurred**
December 17, 2019
**Last 4 digits of account number**
1411
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
1950 E. Sikorsky Street, Stockton, CA 95206
Aircraft Maintenance Hanger

**Describe the lien**
Deed of Trust
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,117,071.94 $1,570,000.00

---

2.4 **US Small Business Administration**
Creditor's Name

6501 Sylvan Rd., Suite 100
Citrus Heights, CA 95610
Creditor's mailing address

cesc@sba.gov
Creditor's email address, if known

**Date debt was incurred**
November 3, 2021
**Last 4 digits of account number**
8200
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
7233 C.E. Dixon Street Street, Stockton, CA 95206
Office Building; APN 177-260-27

**Describe the lien**
UCC1 Financing Statement
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$537,303.45 $1,570,000.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$4,840,916.23**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor **JC Air Academy, Inc**
Name

Case number (if known)

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **JC Air Academy, Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br>**12/31/2025**<br><br>Last 4 digits of account number **5154**<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**Payroll Tax**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$105,506.76** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Jung Eun Lee<br>5528 Quashnick Road<br>Stockton, CA 95212**<br><br>Date or dates debt was incurred<br>**April 7, 2026**<br><br>Last 4 digits of account number **NA**<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Wages earned within 180 days**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$8,253.40** | **$8,253.40** |

Debtor **JC Air Academy, Inc** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Martin Joseph Kwon**<br>**5528 Quashnick Road**<br>**Stockton, CA 95212** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,394.80** | **$0.00** |
| | Date or dates debt was incurred<br>**05/2026** | Basis for the claim:<br>**Wages earned within 180 days** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**San Joaquin County**<br>**44 North San Joaquin St., Suite 150**<br>**Stockton, CA 95202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$23,314.47** | **$23,314.47** |
| | Date or dates debt was incurred<br>**2024 & 2025** | Basis for the claim:<br>**Aircraft property tax** | | |
| | Last 4 digits of account number **0000**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Schyler Joseph Kwon**<br>**5528 Quashnick Road**<br>**Stockton, CA 95212** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,510.40** | **$0.00** |
| | Date or dates debt was incurred<br>**09/2023** | Basis for the claim:<br>**Wages earned within 180 days** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Seung Chan Kwon**<br>**5528 Quashnick Road**<br>**Stockton, CA 95212** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$46,553.80** | **$15,150.00** |
| | Date or dates debt was incurred<br>**11/21/2023** | Basis for the claim:<br>**Wages earned within 180 days** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor JC Air Academy, Inc
Name

Case number (if known)

3.1 **Nonpriority creditor's name and mailing address**
Capital One
P.O. Box
City of Industry, CA 91716
Date(s) debt was incurred 2024
Last 4 digits of account number 1388

As of the petition filing date, the claim is: *Check all that apply.* **$19,212.32**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Corporate Credit Card
Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
Good Flight Aviation LLC
4865 Hildreth Lane
Stockton, CA 95212
Date(s) debt was incurred 2020
Last 4 digits of account number N/A

As of the petition filing date, the claim is: *Check all that apply.* **$226,950.00**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Business Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
Innout Aero LLC
5528 Quashnick Road
Stockton, CA 95212
Date(s) debt was incurred 2023
Last 4 digits of account number N/A

As of the petition filing date, the claim is: *Check all that apply.* **$102,800.00**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Business Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
Jung Eun Lee
5528 Quashnick Road
Stockton, CA 95212
Date(s) debt was incurred 2023
Last 4 digits of account number N/A

As of the petition filing date, the claim is: *Check all that apply.* **$11,232.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Business Loan
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
Jung Eun Lee
5528 Quashnick Road
Stockton, CA 95212
Date(s) debt was incurred 09/2025
Last 4 digits of account number N/A

As of the petition filing date, the claim is: *Check all that apply.* **$6,602.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Unpaid wages
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
Leech Tishman Fuscaldo & Lampl
1100 Glendon Ave., 15th Floor
Los Angeles, CA 90024
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Notice Only
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Schyler Joseph Kwon
5528 Quashnick Road
Stockton, CA 95212
Date(s) debt was incurred 10/2023
Last 4 digits of account number N/A

As of the petition filing date, the claim is: *Check all that apply.* **$62,099.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Unpaid wages
Is the claim subject to offset? ■ No ☐ Yes

Debtor JC Air Academy, Inc
Name
Case number (if known)

| | | |
|---|---|---|
| 3.8 Nonpriority creditor's name and mailing address<br>Seung Chan Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212<br>Date(s) debt was incurred 2024<br>Last 4 digits of account number N/A | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business Loan<br>Is the claim subject to offset? ■ No ☐ Yes | $278,606.20 |
| 3.9 Nonpriority creditor's name and mailing address<br>Seung Chan Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212<br>Date(s) debt was incurred 12/2023<br>Last 4 digits of account number N/A | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Unpaid wages<br>Is the claim subject to offset? ■ No ☐ Yes | $211,608.00 |
| 3.10 Nonpriority creditor's name and mailing address<br>Suresh Sarup<br>3610 Soniview Street<br>Hayward, CA 94542<br>Date(s) debt was incurred 2022<br>Last 4 digits of account number N/A | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Business Loan<br>Is the claim subject to offset? ■ No ☐ Yes | $125,000.00 |
| 3.11 Nonpriority creditor's name and mailing address<br>US Small Business Administration<br>Office of General Counsel<br>455 Market Street, Ste. 600<br>San Francisco, CA 94105<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Notice Only<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.12 Nonpriority creditor's name and mailing address<br>Wells Fargo<br>P.O. Box 77033<br>Minneapolis, MN 55480<br>Date(s) debt was incurred _<br>Last 4 digits of account number 2367 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Business Credit Card<br>Is the claim subject to offset? ■ No ☐ Yes | $8,094.02 |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 199,533.63 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,052,204.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,251,738.51 |

**Fill in this information to identify the case:**

Debtor name **JC Air Academy, Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **10 aircraft leases** | |
| | State the term remaining | **Lease to purchase** | **Good Flight Aviation LLC**<br>**4865 Hildreth Lane**<br>**Stockton, CA 95212** |
| | List the contract number of any government contract | **N/A** | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **3 aircraft leases** | |
| | State the term remaining | | **Innout Aero LLC**<br>**5528 Quashnick Road**<br>**Stockton, CA 95212** |
| | List the contract number of any government contract | **N/A** | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is lessor in a lease of 10,000 squaure feet in Suite B of its building.** | |
| | State the term remaining | **expires 09/30/2035** | **Jon K. Takata Corporation**<br>**dba Restoration Management Company**<br>**4142 Point Eden Way**<br>**Hayward, CA 94545** |
| | List the contract number of any government contract | **N/A** | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is lessor in a lease of 5,000 squaure feet of its building.** | |
| | State the term remaining | **expires 01/31/2032** | **Keller Interiors LLC**<br>**1755 S. Cobb Industrial Blvd. SE**<br>**Smyrna, GA 30082** |
| | List the contract number of any government contract | | |

Debtor 1 JC Air Academy, Inc
First Name Middle Name Last Name

Case number (if known) ______

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ground lease expires June 30, 2056** | |
| | State the term remaining | | **Stockton Metropolitan Airport<br>5000 S. Airport Way, Room 202<br>Stockton, CA 95206** |
| | List the contract number of any government contract | **A-20-362** | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Fuel tank lease expires October 8, 2067** | |
| | State the term remaining | | **Stockton Metropolitan Airport<br>5000 S. Airport Way, Room 202<br>Stockton, CA 95206** |
| | List the contract number of any government contract | **A-20-363** | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Ramp lease expires October 8, 2067** | |
| | State the term remaining | | **Stockton Metropolitan Airport<br>5000 S. Airport Way, Room 202<br>Stockton, CA 95206** |
| | List the contract number of any government contract | **A-20-363** | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Hangar lease expires October 8, 2067** | |
| | State the term remaining | | **Stockton Metropolitan Airport<br>5000 S. Airport Way, Room 202<br>Stockton, CA 95206** |
| | List the contract number of any government contract | **A-20-363** | |

**Fill in this information to identify the case:**

Debtor name **JC Air Academy, Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Jung Eun Lee** | **5528 Quashnick Road**<br>**Stockton, CA 95212** | **Byline Bank** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Jung Eun Lee** | **5528 Quashnick Road**<br>**Stockton, CA 95212** | **Byline Bank** | ■ D **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Jung Eun Lee** | **5528 Quashnick Road**<br>**Stockton, CA 95212** | **Byline Bank** | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Seung Chan Kwon** | **5528 Quashnick Road**<br>**Stockton, CA 95212** | **Byline Bank** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Seung Chan Kwon** | **5528 Quashnick Road**<br>**Stockton, CA 95212** | **Byline Bank** | ■ D **2.2**<br>☐ E/F ____<br>☐ G ____ |

Debtor **JC Air Academy, Inc** Case number *(if known)* ____________

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Seung Chan Kwon** | **5528 Quashnick Road**<br>**Stockton, CA 95212** | **Byline Bank** | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **JC Air Academy, Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | Sources of revenue Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business ☐ Other | **$750,915.97** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business ☐ Other | **$1,422,850.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other | **$1,340,020.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Byline Bank v. JC Air Academy<br>STK-CV-UBC-2024-5722 | Collection/Judicial Foreclosure | Superior Court - San Joaquin<br>180 E. Weber Ave.<br>Stockton, CA 95202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Andrew S. Cho, A Law Corporation<br>505 N. Euclid Street, Ste. 560<br>Anaheim, CA 92801 | Attorney's fee: $25,000<br>Filing fee: $1,738 | | $26,738.00 |

**Email or website address**
www.ascholaw.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Yes. JC Air Academy maintains personal information regarding its flight students as required for flight training and applicable U.S. government/TSA requirements.**
**Because flight students are subject to TSA requirements and background/security checks, the school must collect and maintain certain student identification and related information necessary to comply with those requirements. This is part of the normal regulatory and security compliance process applicable to flight schools.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citibank, N.A.**<br>**2929 McHenry Ave.**<br>**Modesto, CA 95350** | **XXXX-3112** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **08/25/26** | **$1,912.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Citibank, N.A.**<br>**2929 McHenry Ave.**<br>**Modesto, CA 95350** | **XXXX-3120** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **08/25/26** | **$960.23** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Scott G. Suh**<br>**3022 Lennon Way**<br>**Stockton, CA 95212** | **04/25/19 to current.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Byline Bank**<br>**P. O. Box 7968**<br>**Carol Stream, IL 60197** | **08/13/25** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Scott Suh**<br>**3022 Lennon Way**<br>**Stockton, CA 95212** | |
| 26c.2. | **Seung Chan Kwon**<br>**7233 CE Dixon Street**<br>**Stockton, CA 95206** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Seung Chan Kwon | 5528 Quashnick Road<br>Stockton, CA 95212 | CEO | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Jung Eun Lee<br>5528 Quashnick Road<br>Stockton, CA 95212<br>Relationship to debtor<br>Debtor's owner's spouse | $24,000 Payroll | August, 2025 to present | Payroll for Bookkeeping and Janitorial services provided to Debtor. |
| 30.2 | Seung Chan Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212<br>Relationship to debtor<br>Debtor's owner/CEO/Pilot Instructor | $132,000 Payroll | August, 2025 to present | Payroll for CEO and Flight Instruction to Debtor's students. |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | Martin Joseph Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212<br><br>Relationship to debtor<br>Debtor's Owner's son | $14,400 Payroll | August, 2025 to present | Payroll for flight instructor services provided to Debtor's students. |
| 30.4 | Schyler Joseph Kwon<br>5528 Quashnick Road<br>Stockton, CA 95212<br><br>Relationship to debtor<br>Debtor's Owner's son | $30,000 Payroll | August, 2025 to present | Payroll for General Manager services provided to Debtor |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2026

Signature of individual signing on behalf of the debtor

Seung Chan Kwon
Printed name

Position or relationship to debtor CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Eastern District of California

In re JC Air Academy, Inc
Debtor(s)

Case No.
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2. $ 1,738.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [List other services that counsel has agreed to provide]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 25, 2026
*Date*

Andrew S. Cho 180704
*Signature of Attorney*
Law Offices of Andrew S. Cho
505 N. Euclid Street, Suite 280
Anaheim, CA 92801
714-881-0009 Fax: 714-882-6915
andrew@ascholaw.com
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of California

In re **JC Air Academy, Inc** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Seung Chan Kwon**<br>**5528 Quashnick Road**<br>**Stockton, CA 95212** | **Common Stock** | **1,000,000** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 25, 2026**

Signature
**Seung Chan Kwon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of California

In re JC Air Academy, Inc
Debtor(s)

Case No.
Chapter 11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for JC Air Academy, Inc in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 25, 2026
Date

Andrew S. Cho 180704
Signature of Attorney or Litigant
Counsel for JC Air Academy, Inc

Law Offices of Andrew S. Cho
505 N. Euclid Street, Suite 280
Anaheim, CA 92801
714-881-0009 Fax:714-882-6915
andrew@ascholaw.com

United States Bankruptcy Court
Eastern District of California

In re JC Air Academy, Inc Debtor(s)

Case No.
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Seung Chan Kwon, declare under penalty of perjury that I am the CEO of JC Air Academy, Inc, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Seung Chan Kwon, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Seung Chan Kwon, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Seung Chan Kwon, CEO of this Corporation is authorized and directed to employ Andrew S. Cho 180704, attorney and the law firm of Law Offices of Andrew S. Cho to represent the corporation in such bankruptcy case."

Date August 25, 2026

Signed
Seung Chan Kwon

Resolution of Board of Directors
of
**JC Air Academy, Inc**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Seung Chan Kwon, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Seung Chan Kwon, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Seung Chan Kwon, CEO of this Corporation is authorized and directed to employ Andrew S. Cho 180704, attorney and the law firm of Law Offices of Andrew S. Cho to represent the corporation in such bankruptcy case.

Date August 25, 2026 Signed ______________________

Date August 25, 2026 Signed ______________________